IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEROME KENDRELL HARRIS, #203772                                         PLAINTIFF

vs.                                                    CIVIL ACTION NO. 5:18-cv-70-MTP

MAJOR TERRY DANIEL, ET AL.                                             DEFENDANTS

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON
PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

COME NOW Defendants Terry Daniel, Justin Green, and Chantel Woods, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and file this their Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies, as follows:

1.      Plaintiff Jerome Harris filed this civil action on April 23, 2018, claiming the violation of his constitutional rights during his incarceration at Wilkinson County Correctional Facility ("WCCF") in Woodville, Mississippi. Plaintiff at all relevant times was a post-conviction inmate in the custody of the Mississippi Department of Corrections ("MDOC") serving a 10-year sentence for fondling a child. These Defendants were at all relevant times employed as correctional staff at WCCF.

2.      This case arises out of an incident occurring on January 10, 2018, where Plaintiff was assaulted by several other inmates on his housing unit, causing him to sustain personal injuries.

3.      As set forth more fully in Defendants' separate Memorandum of Authorities, Plaintiff's constitutional claims against these Defendants are barred by the Prison Litigation Reform Act due to his failure to properly exhaust his available administrative remedies as to his claims against these Defendants prior to filing suit. Additionally, to the extent Plaintiff's

{D1171776.1}                                      1

Complaint could be construed to assert any claims against these Defendants under state law, all such claims are likewise barred pursuant to MISS. CODE ANN. § 47-5-803 due to Plaintiff's failure to exhaust his available administrative remedies as to his claims against them.

4.      In support of their Motion for Summary Judgment, Defendants rely on their separate Memorandum of Authorities, as well as the following exhibits attached hereto:

"A"      Plaintiff's Housing History; and

"B"      Plaintiff's Administrative Remedy Program ("ARP") Records.

WHEREFORE, PREMISES CONSIDERED, Defendants Terry Daniel, Justin Green, and Chantel Woods respectfully request the Court to grant their Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies and to dismiss Plaintiff's claims against them as a matter of law.

Respectfully submitted, this the 8th day of April, 2019.

TERRY DANIEL, JUSTIN GREEN, AND
CHANTEL WOODS

BY:      /s/ Steven J. Griffin
         OF COUNSEL

STEVEN J.  GRIFFIN - BAR # 103218
sgriffin@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

{D1171776.1}                          2

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following counsel of record:

> Charles R. Mullins, Esq.
> chuckm@coxwelllaw.com

/s/  *Steven J. Griffin*

{D1171776.1}                                    3