0DCCROFHZ0EP/616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Housing History

### August 17, 2018

Date From: 06/17/2016                    Date To: 08/17/2018

Offender Name:  HARRIS, JEROME

ID:            203772                    FBI ID:

SID:                                     SSN:

Booking #:  A              Booking Date:  05/26/2016 08:41:00

Facility:  SOUTH MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| ADAMS CJ | 05/26/2016 08:42:00 | 06/17/2016 16:39:00 |

Facility:  CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF 720, BLD C, ZONE D, BED 0352 | 06/17/2016 16:39:00 | 06/23/2016 14:48:00 |
| CMCF QB, BLD C, ZONE D, BED F099 | 06/23/2016 14:48:00 | 08/01/2016 08:53:00 |

Facility:  SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI | 08/01/2016 08:53:00 | 08/01/2016 13:00:00 |
| SMCI 2, BLD A2, ZONE A, BED 0095 | 08/01/2016 13:00:00 | 01/26/2017 04:59:00 |

Facility:  SOUTH MISSISSIPPI COUNTY JAIL

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| ADAMS CJ | 01/26/2017 04:59:00 | 01/26/2017 15:30:00 |

Facility:  SMCI

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| SMCI 2, BLD A2, ZONE A, BED 0095 | 01/26/2017 15:30:00 | 02/02/2017 12:36:00 |
| SMCI 1, BLD 09, ZONE A, BED 0062 | 02/02/2017 12:36:00 | 02/02/2017 12:49:00 |
| SMCI 1, BLD 10, ZONE B, BED 0095 | 02/02/2017 12:49:00 | 02/02/2017 15:41:00 |
| SMCI 1, BLD 10, ZONE B, BED 0114 | 02/02/2017 15:41:00 | 02/02/2017 15:50:00 |
| SMCI 1, BLD 10, ZONE B, BED 0095 | 02/02/2017 15:50:00 | 02/10/2017 23:00:00 |
| SMCI 2 INFIRMARY | 02/10/2017 23:00:00 | 02/13/2017 11:34:00 |
| SMCI 1, BLD 10, ZONE B, BED 0095 | 02/13/2017 11:34:00 | 03/08/2017 17:00:00 |
| SMCI 2 LOCKDOWN, ZONE T2, BED 0029 | 03/08/2017 17:00:00 | 06/01/2017 15:00:00 |
| SMCI 2 LOCKDOWN, ZONE T1, BED 0007 | 06/01/2017 15:00:00 | 06/29/2017 08:02:00 |

Facility:  WILKINSON CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| WILKINSON CCF | 06/29/2017 08:02:00 | 06/29/2017 17:06:00 |
| WCCF BUILDING E, POD J, BED 207L | 06/29/2017 17:06:00 | 01/11/2018 10:08:00 |



EXHIBIT
A

Page 1  of 2

Facility:  NOT APPLICABLE TEMPORARY MOVEMENT-BED HELD

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| UNIV MED CENTER | 01/11/2018 10:08:00 | 01/16/2018 06:06:00 |

Facility:  CMCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| CMCF 720 CLINIC, BED 0009 | 01/16/2018 06:06:00 | 01/16/2018 14:53:00 |
| CMCF 720 CLINIC, BED 0007 | 01/16/2018 14:53:00 | 03/09/2018 16:59:00 |
| CMCF R&C, ZONE D, BED 063B | 03/09/2018 16:59:00 | 03/12/2018 13:22:00 |
| CMCF R & C TRANSIENT, ZONE L, BED 0221 | 03/12/2018 13:22:00 | 03/30/2018 17:11:00 |
| CMCF R&C, ZONE J, BED 0184 | 03/30/2018 17:11:00 | 04/20/2018 14:24:00 |

Facility:  EAST MISS. CCF

| Housing Location: | Housing Start Date: | Housing End Date: |
|---|---|---|
| EAST MISS. CCF | 04/20/2018 14:24:00 | 04/23/2018 07:26:00 |
| EMCF UNIT 5, POD D, BED 205L | 04/23/2018 07:26:00 | 05/15/2018 09:01:00 |
| EMCF UNIT 5, POD D, BED 207L | 05/15/2018 09:01:00 | 06/25/2018 19:34:00 |
| EMCF UNIT 5, POD D, BED 105L | 06/25/2018 19:34:00 | 07/30/2018 10:35:00 |
| EMCF MEDICAL, BED 0520 | 07/30/2018 10:35:00 | 08/01/2018 07:12:00 |
| EMCF UNIT 5, POD D, BED 105L | 08/01/2018 07:12:00 | [CURRENT] |