# Administrative Remedy Program ("ARP") Records

## Jerome Kendrell Harris, #203772



## CERTIFICATE OF AUTHENTICITY

STATE OF MISSISSIPPI
COUNTY OF WILKERSON

I, Janice F. Williams, ARP Coordinator, and the duly authorized records custodian of MDOC Administrative Remedy Program records, do hereby certify upon personal knowledge that this is a true, correct, genuine and authentic copy of ARP# WCCF-17-667 contained in the aforesaid department on the following:

INMATE NAME AND NUMBER:

Jerome Harris #203772

_____
Janice F. Williams

SWORN TO AND SUBSCRIBED, before me, this the ___4___ of __March__ , 2019.

_____
NOTARY PUBLIC



My Commission Expires:

EXHIBIT
B-1

CODE:    1305

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### WCCF-17-𝐿𝑜𝐿𝑜7

First Step Respondent:   **J. Bradley (Accepted  2nd Step)**
Location:    **Wilkinson County Correctional Facility**

Offenders' Name and No.: **Jerome Harris #203772**
                    Unit:   **Wilkinson County Correctional Facility**

Date of incident:                                    OT: # 𝟹

---

☒  **ACCEPTED:** This request comes to you from the Director of Administrative Remedy Program.  See the attached request from the offender.  **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

    ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant

        ☐  The complaint concerns an action not yet taken or a decision which has not yet been made

    ☐ There has been a time lapse of more the fifteen (15) days between the **RVR(s)** and the initial request:
        Incident happened on      received in this office on

    ☐ There has been a time lapse of more the fifteen (30) days between the event and the initial request:
        Incident happened      received in this office on

    ☐ The Mississippi Department of Corrections does not handle Parole Board matters

☐ Other:

_____
Director of Administrative Remedy Program

_____
Date

ARP Form

Mississippi Department of Corrections
(Administrative Remedy Program)

OCT 2 5 2017

To: Legal Claims Adjudicator

From: Jerome Harris 203772    J-Pod-Cell 207
Inmate Name / Mdoc #                    Unit

Date: 10/24/17

This is a request for Administrative Remedy: I, Jerome Harris had Complained multiple And Numerous of Time's, Also wrote Warden Walker, Mz. January, Commissary Lady-Mz. Point, And Mndoc Daniels About me not Having Any Hygiene, But I haven't heard or Seen Anyone, yet !!!! It's going on About 4 or 5 month's since I went without hygiene And I really need to make An 90 day's Wrist Period of str8 Hygiene off of Commissary, Please !!!! I been 8 month's RVR Free And I don't Cause nobody no Harm or Trouble, All Am Asking is, "Can Ya'll please send my name to the Warden Bradley, warden Walker, Case manager Mz. January And Also Mndor Daniels And the Commissary Lady Mz. Point About me not having Any hygiene, And Am tring to make or Order An 90 day's Wrist period of str8 hygiene" Please ... I do have money on my Account !!!! Just, Please have my name (Info, sent off to the Commissary Lady Mz. Point, giving her the O.K, For me to order hygiene for next month November 3rd - 9th .... Thanks, To Whom this matter Concerns !!!!

Jerome H. Harris 203772
Inmate Signature / Mdoc #

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## WCCF-17-667
## SECOND STEP RESPONSE FORM

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #: Jerome Harris #203772

Location: Wilkinson County Correctional Facility

From: J. Bradley

Title: Warden

In response to your ARp Claim. In reference to you requesting to make purchase from Commissary. Your Claim has been investigated. The information gathered reveals you made a Commissary purchase of hygiene on 12/14/17. I consider this matter resolved at this level.

Signature

Date 12-29-17

The above named inmate has fulfilled the requirements of the Administrative Remedy Program at WCCF under extraordinary circumstances and is eligible to seek judicial review in state or federal court within 30 days of receipt of the Second Step Response. Financial responsibility for such filing rests with the inmate.

Inmate's Signature

203772
DOC #

1/2/18
Date

STAFF RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

Request for ___✓___ ___ Response Receipt
           1st      2nd

ARP Number _NCCF 17 - 667_

Request for Response to: _Jerome Harris_ #_303771_
                          Inmate                Number

Received by: _____ _12-29-17_
             Respondent's Signature        Date

Please prepare a response on Form ARP-2 and return to the Administrative Remedy Program Director within 30 days of this date.

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of the Inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEMDY PROGRAM DIRECTOR

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # WCCF. 17 . 667

Date: 1/2/18

Received By: _____

Witness: _____

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

___✓___ Form ARP-3 — 2nd step response /Certificate

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

ARP # _WCCF- 17 - 667_

INMATE NAME & # _Jerome Harris_ #203772 LOCATION _J-4-9_

## 1ST STEP

TO: _____

FROM: ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

REC'D BY: _____
**RESPONDENT**

DATE: _____

REC'D BY: _____
**INMATE**

DATE: _____

## 2ND STEP

TO: _Jerome Harris_ # _203772_
**INMATE**

FROM: SUPT./WARDEN/CCD/PHYSICIAN
2ND STEP RESPONDENT

REC'D BY: _____
**INMATE**

DATE: _1/2/18_

State of Mississippi
County of Wilkinson

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, Janice Williams, Coordinator of the Administrative Remedy Program, at the Wilkinson County Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Wilkinson.

2. That I am the custodian of the Administrative Remedy program records at the Wilkinson County Correctional Facility.

3. That Offender Jerome Harris #203772 filed an ARP on or around November 20, 2017, regarding an alleged emergency medical issue (WCCF-17-658).

4. That Offender Harris received his First Step Response on ARP WCCF-17-658 on or around December 15, 2017.

5. That ARP has no record of any other correspondence from Offender Harris in regards to this issue, so on 12-28-17 this ARP was closed according to ARP policy and procedure.

Janice Williams
Coordinator

SWORN AND SUBSCRIBED before me, this the 4th day of March, 2019.

NOTARY PUBLIC
My Commission Expires:

TRACEY J. ARBUTHNOT
Commission Expires
Jan. 27, 2021
WILKINSON CO

**EXHIBIT**

**B-2**

CODE:   199

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

**WCCF-17-** 658

First Step Respondent: V. Means
Location:   **Wilkinson County Correctional Facility**

EMERGENCY

Offenders' Name and No.: **Jerome Harris #203772**
             Unit:   **Wilkinson County Correctional Facility**

Date of incident:                                           OT: # 4

---

☒ **ACCEPTED:** This request comes to you from the Director of Administrative Remedy Program. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

   ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant

       ☐   The complaint concerns an action not yet taken or a decision which has not yet been made

   ☐ There has been a time lapse of more the fifteen (15) days between the **RVR(s)** and the initial request:
             Incident happened on      received in this office on

   ☐ There has been a time lapse of more the fifteen (30) days between the event and the initial request:
             Incident happened      received in this office on

   ☐ The Mississippi Department of Corrections does not handle Parole Board matters

☐ Other:

_____                    _11·20·17_____
Director of Administrative Remedy Program              Date



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
Pelicia Hall
Commissioner

Audrey McAfee
Deputy Administrator

Administrator
(601) 359-5636

November 20, 2017

Inmate: Jerome Harris #203772
Unit:    WCCF

RE:    Your Recent Correspondence

In reference to the Emergency Grievance you submitted on November 20, 2017, please be advised that this issue would be defined as an emergency according to the procedures of the Administrative Remedy Program.

Your grievance has been accepted as WCCF-17- 658 and is being opened and sent out for a response.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

Pc: RP
    File

RP Form

Mississippi Department of Correction Administrative
Administrative Remedy Program

To: Legal Claims Adjudicator

From: Jerome K. Harris 203772    J-Pod- Cell 207
Inmate Name / Mdoc #                                Unit

**EMERGENCY**

NOV 2017

OCT 26 2017

Date: 10/25/17

This is A request for Administrative Remedy: Medical Attention, "Emergency, Asap"
I, Jerome Harris wrote And filled out multiple And Numerous of sick Calls, And
Also Complained multiple Time's About my Life Threating situation dealing with Blood Clots
And the Ive Filter that has broken up into piece's thats Traveling inside of me
through my body, Am spitting And Coughing up seirous blood, Am Internal bleeding on
the inside, And I really need to go to the Hospital to Have Surgery, And get the Ive-
Filter removed from my body System before it's too late, Imma Die,!!!! Then ya'll got
me Back Here on J-pod were nobody come and check on me back here, My life is in
danger And I really need to be moved to Another Facility thats gone take good care
of me + look After me Because Am A Medical Class Three (3), And I really need
Medical Attention!!! Now something have to be done quick before its too late, But if ya'll
don't want to do ya'll Job like taking care of this Seirous matter of what Am Complaining
About, Imma take this whole matter to the next level, Next step,!!!! And ya'll don't want
me to do That, But I need to know, "what is the phone number to this Wilkinson County-
Facility???" And I Also need ya'll to take me to the Hospital so I can receive medical-
Attention, Please (Asap, Emergency)!!!!  Thank's, To Whom This matter Concerns.....

Jerome K. Harris  203772
Inmate Signature / Mdoc #

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**Administrative Remedy Program**

ARP-2

NUMBER WCCF- 17 - 658

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was initiated

To: Jerome Hams #903772

Inmate's Name and DOC#

WCCF

Housing Unit

From: V. Means

Person to whom 1st Step is Directed

HSA-WCCF

Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

11-22-17 - KUB done - conclusion: Non obstructive bowel gas pattern Osseous structures appear intact. IVC filter so that means there is nothing detached or floating. 12-5-17 Seen provider Compression hose given for (R) lower leg pain & swelling. Lubriaft emollient ordered as well.

V.mess Means RN/HSA

Signature

12-12-17

Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
    REASON:

( ) I wish to cancel this complaint. You do not have to return this and time limits will cancel complaint.

Inmate's Signature          DOC#                                    Date

Administrative Remedy Program Director - ORIGINAL

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

*Jerome Harris #203772*

ARP # _____ - _____ - _____

Date: _____ 11/22/17 _____

Received By: _____ *Jerome M. Harris* _____ *203772*

Witness: _____

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

___✓___ Letter #  *dated ER. 11/20/17*

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

STAFF RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

Request for ___✓___ ___ Response Receipt
             1st     2nd

ARP Number _Dcct 17_ - _658_

Request for Response to: _Jerome Harris_    #203772
                         Inmate              Number

Received by: _V Means RN_     _11-21-17_
            Respondent's Signature         Date

Please prepare a response on Form ARP-2 and return to the Administrative
Remedy Program Director within 30 days of this date.

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of the inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEMDY PROGRAM DIRECTOR

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # WCCF  17  -  658

Date: 12/15/17

Received By: Frank K. Lewis 203772

Witness: J. Williams Greer Cmd

_____ **Form ARP-1** --- Offender's relief form

✓ **Form ARP-2** --- 1st step response

_____ **Form ARP-3** --- 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

## CERTIFICATE OF AUTHENTICITY

**STATE OF MISSISSIPPI**
**COUNTY OF WILKERSON**

I, Janice F. Williams, ARP Coordinator, and the duly authorized records custodian of MDOC Administrative Remedy Program records, do hereby certify upon personal knowledge that this is a true, correct, genuine and authentic copy of ARP# WCCF-18-20 contained in the aforesaid department on the following:

**INMATE NAME AND NUMBER:**

Jerome Harris #203772

_____
Janice F. Williams

SWORN TO AND SUBSCRIBED, before me, this the 4 of _March_, 2019.

_____
NOTARY PUBLIC



My Commission Expires:



EXHIBIT

B-3

CODE:   1000

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### WCCF-1*8*- 2 0

First Step Respondent: **T. Daniel**
Location:   **Wilkinson County Correctional Facility**

Offenders' Name and No.: **Jerome Harris #203772**
                Unit:  **Wilkinson County Correctional Facility**

Date of incident:                                OT: #5

---

☒  **ACCEPTED:** This request comes to you from the Director of Administrative Remedy Program.  See the attached request from the offender.  **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:**  Your request has been rejected for the following reason(s):

   ☐  Relief is beyond the power of the Mississippi Department of Corrections to grant

      ☐   The complaint concerns an action not yet taken or a decision which has not yet been made

   ☐  There has been a time lapse of more the fifteen (15) days between the **RVR(s)** and the initial request:
            Incident happened on      received in this office on

   ☐  There has been a time lapse of more the fifteen (30) days between the event and the initial request:
            Incident happened    received in this office on

   ☐  The Mississippi Department of Corrections does not handle Parole Board matters

☐ Other:

_____        _____
Director of Administrative Remedy Program              01/03/18
                                                        Date/

ARP Form

Mississippi Department of Corrections
Administrative Remedy Program

NOV 22 2017

To: Legal Claims Adjudicator

From: Jerome Harris 203772          J-Pod - cell 207
      Inmate Name / Mdoc #                Unit

Date: 11/21/17

This is A request for Administrative Remedy; My name is Jerome Harris, Am located on J-Pod - Cell 207, Am Writing ya'll Because This is A seirous matter, But I came to Wilkinson County Correctional Facility On 6/29/17, And now it's 11/21/17 !!!!! I been writing the Unit Manager Mz. Brown multiple And Numerous of Time's About me needing A Coat (3XL), Blanket's, Sheet's, And Also my 6 month's state Issue that I never received !!!! And not To mention, I do Take Blood Thinner's for my life-Threating medical Problem which means, I do get very Cold, I even Told my family, And got Them to Call up here About this matter, I even Told my Case Manager Mz. January, Also, But I still haven't Seen or heard from Anyone !!!! I don't have no Coat, Sheet's, or Blanket's In my Cell to Keep me Warm..... I, Also don't have Any Clothe's or A Thermal Because ya'll have me On Canteen Restriction which means, I Can't order nothing, And ya'll want give me my 6 month's state Issue !!!!! Imma take This To the next step (Lawsuit) Because I feel ya'll is violating my "Consontutional of Rights" !!! I need Something to Be done, like "ASAP", Because it's finna Be December, And I still haven't received A Coat, And it gets very Cold At night, I Also need sheets & Blanket's, And Also my 6 months state Issue !!!! Thank's, "To Whom This seirous matter Concern's ...... P.S. If I don't see Any Result's From this ARP, Imma take matter's Into my Own Hand's 000000 ...... "May god Bless ya'll"......

Jerome M. Harris 203772
Inmate Signature / Mdoc #

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER _WCCF_ - _18_ - _20_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Jerome Harris #203772_

_WCCF_
Housing Unit

Inmate's Name, and DOC#

FROM: _T. Daniel_

_Major-WCCF_
Title/Location

Person to whom 1st Step is Directed

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

OFFENDER IS CURRENTLY HOUSED AT CMCF.

_Signature_

_2, 1, 18_
Date

☑ I am not satisfied with this response and wish to proceed to Step Two.
REASON:

Because this response doesn't have Any dealing's to my Complaint of what Am Talking About, And Also I have been Complaining multiple of Time's about Them Transporting my Property to me, like my legal paperwork, Casse's, Radio, Clothe's, & everything was in J-207 if II

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_Jerome M. Harris_    _203772_                    _2/8/18_
Inmate's Signature    DOC#                         Date

Legal Claims Adjudicator - ORIGINAL

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## WCCF-18-20
## SECOND STEP RESPONSE FORM

You must respond to the Inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #:  **Jerome Harris #203772**
     Location:  **Wilkinson County Correctional Facility**

     From:  **J. Bradley**
     Title:  **Warden**

In response to your ARP claim. In reference to you requesting to receive state issue. Your claim has been investigated. The information gathered reveals your complaint was in reference to you receiving state issue because of the cold weather when you was housed here at Wilkinson. As It was explained to you in your 1st step response you are not housed here at Wilkinson. I consider this matter resolved at this level.

Signature                                               Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program at WCCF under extraordinary circumstances and is eligible to seek judicial review in state or federal court within 30 days of receipt of the Second Step Response. Financial responsibility for such filing rests with the inmate.

Inmate's Signature               DOC #                                   Date

ARP # *WCCF - 18 - 20*

*# 203772*

INMATE NAME & # *Jerome Harris* LOCATION *RCL* *#####*

*CMCF*

## 1ST STEP

TO: *J. Daniel*

FROM: ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

RECEIVED

MAR 16 2018

CMCF-ARP

REC'D BY: _____
**RESPONDENT**

RECEIVED

MAR 22 2019.

CMCF-ARP

DATE: *1.5.2018*

REC'D BY: *Jerome Harris #### 203772*
**INMATE**

FEB 02

DATE: *4/7/18  2/8/18*

## 2ND STEP

TO: *Jerome h. Harris 203772*    FEB 2 8 2018    RECEIVED
**INMATE**

FEB 09 2018

CMCF-ARP

FROM: SUPT./WARDEN/CCD/PHYSICIAN
2ND STEP RESPONDENT

*3-13-78*

REC'D BY: *Jerome h. Harris 203772*
**INMATE**

DATE:

STAFF RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

Request for ___✓___ ___ Response Receipt
1st      2nd

ARP Number _WCCF 18 - 20_

#203772

Request for Response to: _Jerome Harris_
                          Inmate              Number

Received by: _____  1.5.2018
              Respondent's Signature        Date

Please prepare a response on Form ARP-2 and return to the Administrative Remedy Program Director within 30 days of this date.

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of the Inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEMDY PROGRAM DIRECTOR

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # _WCCF_ - _18_ - _20_

Date: _1/8/18_

Received By: _Irma L. Harris 207172_

Witness: _S Kell_

_____ Form ARP-1 — Offender's relief form

___✓___ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of Inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

STAFF RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

Request for _____ ✓_____ Response Receipt
                1st      2nd

ARP Number _NCCF_ _18_ - _20_

Request for Response to: _Jerome Harris_ #203772
                          Inmate              Number

Received by: _____ _3-13-18_
              Respondent's Signature        Date

Please prepare a response on Form ARP-2 and return to the Administrative
Remedy Program Director within 30 days of this date.

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of the Inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEMDY PROGRAM DIRECTOR

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # WCCF - 18 - 20

Date: 3/21/18

Received By: _Jean le ht 203772_   203772

MDOC #

Witness: _Jaye Liddell_   _Postal Supervisor_

TITLE

_____ Form ARP-1 --- Offender's relief form

___ı___ Form ARP-2 --- 1st step response

___✓___ Form ARP-3 --- 2nd step response /Certificate

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

## CERTIFICATE OF AUTHENTICITY

**STATE OF MISSISSIPPI**
**COUNTY OF WILKERSON**

    I, Janice F. Williams, ARP Coordinator, and the duly authorized records custodian of MDOC Administrative Remedy Program records, do hereby certify upon personal knowledge that this is a true, correct, genuine and authentic copy of ARP# WCCF-17-274 contained in the aforesaid department on the following:

**INMATE NAME AND NUMBER:**

**Jerome Harris #203772**

_Janice F. Williams_
Janice F. Williams

SWORN TO AND SUBSCRIBED, before me, this the ___4___ of _march_, 2019.

_Rosemary Gatli_
NOTARY PUBLIC

My Commission Expires:





EXHIBIT
B-4

CODE: 300 ~~799~~

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## WCCF-17- 274

First Step Respondent:  B. Lewis

Location:   Wilkinson County Correctional Facility

Offenders' Name and No.: **Jerome Harris #203772**
Unit:  **Wilkinson County Correctional Facility**

Date of incident:  11.1.17                                    OT: #6

---

☒ **ACCEPTED:** This request comes to you from the Director of Administrative Remedy Program.  See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

   ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant

   ☐ The complaint concerns an action not yet taken or a decision which has not yet been made

   ☐ There has been a time lapse of more the fifteen (15) days between the **RVR(s)** and the initial request:

   Incident happened on      received in this office on

   ☐ There has been a time lapse of more the fifteen (30) days between the event and the initial request:

   Incident happened     received in this office on

   ☐ The Mississippi Department of Corrections does not handle Parole Board matters

☐ Other:

_____
Director of Administrative Remedy Program

5/24/18

_____
Date/

A'R'P' Form

Mississippi Department of Corrections
Administrative Remedy Program

To: Legal Claims AdJudicator

From: Jerome Harris #203772    J-Pod-Cell 207
_____Inmate Name / Mdoc #_____ Unit

Date: 11/26/17
_____

This is A request for Administrative Remedy: On 11/1/17, I (Jerome H.) sent the Ilap Program An "Financial Authorization Form", to be filled out And Sign dealing With my Account Balance, But On 11/2/17, They wrote me back saying," That the Legal paper work is for my Case-Manager Mrs. January, And Also said", That They sent my Authorization Form to my CASE Manager Mrs. January to be filled out & Sign"!!!! A Couple day's later, I TAlk To mador Daniels About this Conflict with Mrs. January receiving my legal paperwork, But I haven't heard from her or seen her About this issue dealing with my Authorization Form (Account Balance) Or she (Mrs. January) never gave me An Update On what's going on about my legal paper work (Authorization Form), So mador Daniels Sent Mrs. January A "Text" About the issue, But she never responded Back to the Text!!! Now, 3weet's later, I finally Seen Mrs. January and TAlk to her About my legal paper work (Authorization Form) dealing with my Account Balance. And she Told me; "It isn't her Job to filled out or sign it, So she sent my Authorization Form up To "Jackson, Ms.", were they filled it out that's dealing with people Account-Balance", But Tell me why it's now, 11/26/17, And I still haven't received my legal paper wor "Authorization Form"!!!!!! I don't know whats going on or don't know if Mrs. January playing games And lying To me About my Legal paperwork, But Something's needs to be done, ASAP, Because she is Violating one of my "Consentutional of Rights"!!!! Because, I know in god's name, It dosen't Take That long to send off some paperwork To get filled out & Sign, It's been A Whole Month, now, I haven't received or heard About my Legal paperwork (Authorization Form) getting filled out or Sign, So I need ya'll to do ya'll Investigation On Mrs. January About this Conflict Am having About my "Authorization Form", or Am gone take this to the next Step About this seirous matter Because I really need my Legal paperwork Back in my position So I can send it off to my District Court, So I can get Back in Court, Please !!!!
(Thanks), "To Whom this Serious matter Concern's"

_Jerome H. Harris___ 203772
Inmate Signature / Mdoc #

# Mississippi Department of Corrections

*Response to Request for Assistance (ILAP)*

Date: __11/1/17__

Inmate Name __Jerome Harris__     MDOC# __203772__ Unit __J-207__

Your request for legal assistance was received in this office on

__Flap DO Not fill out the Financial Authorization form - you Need to Send this form to your Case Manager__

__11/2/17__

---

| For Inmate Legal Assistance Office Use Only |
| --- |

_____ 1.  Post Conviction Collateral Relief Packet sent to inmate via hand mail

_____ First Step _____ Second Step _____ Specific Case law

_____ 2.  42 U.S.C.A. 1983 form _____ Northern _____ Southern sent to inmate via hand mail

_____ 3.  28 U.S.C.A. 2254 form _____ Northern _____ Southern sent to inmate via hand mail

_____ 4.  Requested cases, statutes, etc. were sent to inmate via hand mail

_____ 5.  Notary services are scheduled for _____

_____ 6.  Attorney/Paralegal conference is scheduled for _____

_____ 7.  Legal mail will be picked up on _____ Legal mail logged out _____

_____ 8.  Legal material will be picked up for copying on _____

_____ 9.  MDOC Policy and procedure # _____ will be viewed on _____

_____ 10.  Attorney call is scheduled for _____

Supplies/Form Sent to inmate via hand mail:

_____ Pen                           _____ Transcript Information

_____ Paper                         _____ ARP Information

_____ Requested Addresses           _____ Jail time allotment

Comments: __your Financial Authorization form was Given to ms January Case Manager__

__Rosemary Hatte__
INMATE LEGAL ASSISTANCE STAFF

20-02-01 — F2

*Mississippi Department of Corrections*
*Inmate Legal Assistance Program Request Form*

I. Identification of Inmate: Name __Jerome Harris__    Date __10/30/17__
    MDOC# __203772__    Unit __J-Bd__    Zone __J-Pod__    Bed __Cell 207__
    Custody Level: A Ⓑ C  D  PC  AS    Work Assignment & Hours _____

II. Type of Assistance Requested:
    a.    Packet on Post-Conviction Collateral Relief
            ____ 1. First Step (basic information on when and how to file)
            ____ 2. Second Step (first step must be completed prior to this request)
    b.    ____ 42 U.S.C.A. 1983 Form (designate Northern or Southern District)
            You must provide the nature of the complaint and have completed the ARP process
    c.    ____ 28 U.S.C.A. 2254 Habeas Corpus Form (Northern or Southern District)
    d.    ____ Need to review policy on _____
    e.    ____ ARP/ARP appeal to be mailed. **DEADLINE DATE** _____

**IN ORDER TO REQUEST SERVICES BELOW THIS LINE, YOU MUST PROVIDE THE**
**CAUSE NUMBER OF YOUR ACTIVE CASE:** __16-KR-0006-S__
    f.    Conference because I cannot read or write: (Please provide a short description of your question)
    _____
    _____

    g.    Conference because:
    1.    I need clarification on a certain area of the law:
    _____
    _____
    _____

    2.    My case has advanced to a point where I cannot proceed alone: (list last action taken)
    _____
    _____

    3.    I need **emergency assistance** in meeting a deadline on (date) _____
    *(If you are requesting immediate access to the legal assistance program, prior to your regularly scheduled day,*
    *you must present paperwork verifying the deadline and inform your tower officer.)*
    h.    Copy of Cited Case(s):
    1.    __Please, Sign And filled out my legal Paperwork that's Attach to this sheet, Thanks__
    2.    __"My Account Information", And Return it Back to me, ASAP__
    3.    _____
    i.    Copy of Statute(s): _____
    j.    Rules of Court: _____
    k.    Supplies: Pen _____ Paper _____
    l.    Copies (list document to be copied) _____
    m.    Mail Services: _____
    n.    Notary Services: (ID required) List document to be notarized: _____

By my signature affixed below, I acknowledge that MDOC Policy 20.01 provides reasonable access of
Inmates to the Courts which may be used to initiate legal actions pertaining to my Mississippi sentence and/or
confinement within written prescribed security and conduct limits.
    I understand that any disruptive behavior will result in my immediate removal from the Legal Assistance
office. Further, I understand a rule violation report may be filed against me as a result of any disruptive behavior,
use of profane language, or attempt to access legal assistance under false pretense.
    I also understand that this form must be fully completed by me unless I am unable to write. However, all
requests must be **signed** by the person who is requesting assistance.

Signed, this the __30th__ day of __October__ , 20__17__.

__Jerome K. Harris__
Signature of Inmate

S.O.P. 20.01.01/20.02.01

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program
NUMBER WCCF - 18 - 274

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was Initiated

To: Jerome Harris # 203772                    WCCF
        Inmate's Name and DOC#                    Housing Unit

From: B. Lewis                        Lead Instructor - WCCF
        Person to whom 1st Step is Directed        Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

After researching this matter, I, B. Lewis found that ILAP clerk R. Gatlin responded to offender Jerome Harris #203772 that he made on 11/1/18. R. Gatlin informed Harris that ILAP did not fill out the Financial Authorization form and needed to send the form to his Case Manager.

End of statement

_____        a/27/18
Signature                                Date

(✓) I am not satisfied with this response and wish to proceed to Step Two.
REASON:
I wish to proceed, Because All of this is lie's, And I wish to Continue.

( ) I wish to cancel this complaint. You do not have to return this and time limits will cancel complaint.

Jerome Harris        203772            7/5/18
Inmate's Signature        DOC#                Date

Administrative Remedy Program Director - ORIGINAL

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## WCCF-18-274

### SECOND STEP RESPONSE FORM

You must respond to the Inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #:  **Jerome Harris #203772**
Location:  **Wilkinson County Correctional Facility**

From:  **J. Bradley**
Title:  **Warden**

In response to your ARP claim. In reference to you stating Case Manager January is playing games and lying to you about your legal paperwork. Your claim has been investigated. The information gathered reveals according to the Case Manager they scan the Authorization Form to Premiere. Once Premiere respond back your Case Manager will forward it to you. She also stated she does not remember receiving an Authorization Form from you to be scanned to Premiere in reference to your account. If you are still in need of assistance of your account balance you need to check with your Case Manager where you are now housed. I consider this matter resolved at this level.

Signature

Date  8-9-18

The above named inmate has fulfilled the requirements of the Administrative Remedy Program at WCCF under extraordinary circumstances and is eligible to seek judicial review in state or federal court within 30 days of receipt of the Second Step Response. Financial responsibility for such filing rests with the inmate.

Inmate's Signature

DOC #  203772

Date  8/15/18

5D
105

ARP # _WCCF. 18 . 274_
#·203772

INMATE NAME & # _Jerome Harris_ LOCATION _EMCF_

## 1ST STEP

TO: _B. Lewis_

FROM: ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

REC'D BY: _Buster D. Lewis_
**RESPONDENT**

DATE: _5/29/18_

REC'D BY: _Jerome Harris_
**INMATE**

DATE: _7/5/18_



## 2ND STEP

TO: _Jerome Harris #·203772_
**INMATE**

FROM: SUPT./WARDEN/CCD/PHYSICIAN
2ND **STEP RESPONDENT**

REC'D BY: _Jerome Harris_
**INMATE**

DATE: _8/15/18_

JUL 1 1 2018

8/14
2018

STAFF RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

Request for ____✓____ Response Receipt
1st    2nd

ARP Number _WCCF_ _18_ - _274_    # _203172_

Request for Response to: _Jerome Harris_
Inmate                                   Number

Received by: _Brenda F. Lewis_    _5/29/18_
Respondent's Signature                         Date

Please prepare a response on Form ARP-2 and return to the Administrative Remedy Program Director within 30 days of this date.

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of the inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEMDY PROGRAM DIRECTOR

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # WCCF 18 - 274

Date: 7/3/18

Received By _Turner Hart_ _203772_

MDOC #

Witness: _T Boiden ARP Coordinator_

TITLE

_____ Form ARP-1 — Offender's relief form

✓ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

STAFF RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

Request for _____ ✓ _____ Response Receipt
               1st        2nd

ARP Number  WCCF  18 - 274

Request for Response to: Jerome Harris  # 203772
                         Inmate              Number

Received by: _____  8-9-18
             Respondent's Signature        Date

Please prepare a response on Form ARP-2 and return to the Administrative
Remedy Program Director within 30 days of this date.

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of the inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # WCCF . 18 . 274

Date: 8/15/18

Received By: Jerome Hurt          203772
                                    MDOC #

Witness: Chall          ARPClerk
                                    TITLE

_____ Form ARP-1 --- Offender's relief form

_____ Form ARP-2 --- 1st step response

___✓___ Form ARP-3 --- 2nd step response / Certificate

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

State of Mississippi
County of Wilkinson

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, Janice Williams, Coordinator of the Administrative Remedy Program, at the Wilkinson County Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Wilkinson.

2. That I am the custodian of the Administrative Remedy program records at the Wilkinson County Correctional Facility.

3. That Offender Jerome Harris #203772 filed an ARP on or around January 4, 2018, regarding wanting hygiene items he ordered from canteen in (WCCF-18-545).

4. That Offender Harris received his First Step Response on ARP WCCF-18-545 on or around October 16, 2018.

5. That ARP has no record of any other correspondence from Offender Harris in regards to this issue, so this ARP was closed according to ARP policy and procedure.

Janice Williams
Coordinator

SWORN AND SUBSCRIBED before me, this the 4th day of March, 2019.

NOTARY PUBLIC _____
My Commission Expires: _____

TRACEY J. ARBUTHNOT
ID # 61851
Commission Expires
Jan. 27, 2021
WILKINSON COUNTY

**EXHIBIT**
tabbies

B-5

CODE: 1305

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## WCCF-18-545

First Step Respondent:    **J. Pointe**
Location:    **WCCF**

Offenders' Name and No:    Jerome Harris #203772
Unit:    **WCCF**

Date of incident:                                                                OT-17

---

☒ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☐ **REJECTED:** Your request has been rejected for the following reason(s):

☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request:    Incident happened on _; received in this office on _.

☐ There has been a time lapse of more the thirty (30) days between the event and the initial request:    Incident happened on _; received in this office on _.

☐ The Mississippi Department of Corrections does not handle Parole Board matters.

☐ Other:

_R. Pennington_ /DM

Director of Administrative Remedy Program

_10/3/18_

Date

ARP Form

Copy of 3

Mississippi Department of Corrections
Administrative Remedy Program

To: Legal Claims Adjudicator

From: Jerome Harris #203772, Jpod-Cell 207

Date: 1/2/18

This is a request for Administrative Remedy; To: J. Bradley,
My name is Jerome Harris #203772, Am located on Jpod-Cell 207, Am writing you
Because this is A Serious matter dealing With my Commissary of Hygiene !!!! To my
Understanding, you did your Investigation on the Claim I wrote up in the program,
(A.R.P,) of me needing Hygiene, Well I made Commissary of Hygiene on 12/14/17, But due
To the Fact, Am Writing you now About this Conflict, On 12/14/17, The Commissary Lady
Mr. Point brought me my Commissary Bag, I only received one(,) degree deodorant, which
means Somebody had went Inside of my Commissary Bag & stole my hygiene Items!!!! I
had Ordered Two(2,) degree deodorants, (1.5 Headphones, 3x) Thermal Set, And Boxers, But I
had Only received One Item which Is the One(,) degree deodorant !!!! My family work
to hard for they money for Somebody to be going in my Commissary Bag & stealing my Items,
J. Bradley !!!!, I, Jerome Harris don't Cause nobody no Trouble or Harm, And I Also
been 9months AVR Free, Warden Bradley, So All Am Asking i" Can I please make me a store
of Hygiene", for the month In January 8th-11th, 2018 ??? To make up the Items of
Somebody going in my Commissary Bag, Plz, Because it is ya'll Job to Secure our
Items & make show nothing don't happen to Them, Now my next step is A LAWSUIT !!!!
I do have money on my Account to make An $50.00 store of Hygiene,
So plz, Warden Bradley have it known E-mail, that I can make store of Stickley
Hygiene, J. Bradley !!!! (Thanks) To Whom This matter Concerns......

JAN 04 2018

Jerome K. Harris 203772

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program
NUMBER NCCF - 18 - 545

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was initiated

To: Jerome Harris #203772                     WccF
    Inmate's Name and DOC#                     Housing Unit

From: J. Pointe                     Commissary
    Person to whom 1st Step is Directed    Supervisor / WccF
                                            Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

The order 12/14/17 you are referring to, as for the receipt you recieved your two Degree deodorant with no missing items.

End of statement

Signature                          10/8/18
                                   Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
    REASON:

( ) I wish to cancel this complaint. You do not have to return this and time limits will cancel complaint.

Inmate's Signature        DOC#                          Date

Administrative Remedy Program Director - ORIGINAL

Case 5:18-cv-00070-MTP   Document 48-2   Filed 04/08/19   Page 43 of 67

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # _WCCF_ - _18_ - _545_

Date: _10/16/18_

Received By: _Jerome He~ 203712_

                              MDOC #

Witness: _Chall_    _ARP Clerk_

                                    TITLE

_____ Form ARP-1 — Offender's relief form

   ✓ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

---

STAFF RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

Request for ___✓___ _____ Response Receipt
                   1st       2nd

ARP Number _WCCF_ - _18_ - _545_

Request for Response to: _Jerome Harris_ #_203772_
                         Inmate             Number

Received by: _____ _10/5/18_
          Respondent's Signature        Date

Please prepare a response on Form ARP-2 and return to the Administrative
Remedy Program Director within 30 days of this date.

_____

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of the inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

State of Mississippi
County of Rankin

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, LETRESIA STEWART, Investigator II, for the Administrative Remedy Program, at the Central Mississippi Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Madison.

2. That I am the custodian of the Administrative Remedy Program records at the Central Mississippi Correctional Facility.

3. That Offender Jerome Harris, #203772, did submit a correspondence dated January 27, 2018 to the Administrative Remedy Program concerning multiple issue. (see attachment)

4. That Offender Jerome Harris, #203772, failed to submit his requests for remedy in accordance with the policies and procedures of the Administrative Remedy Process.

5. That the Administrative Remedy Program returned the unprocessed correspondence to Offender Jerome Harris, #203772, along with the written notification on **"How to Enter the ARP Process."**

Le Tresia Stewart
Investigator II

**SWORN AND SUBSCRIBED** before me, this the __1__ day of _March_ 2019.

NOTARY PUBLIC _Raniece Matthews_
My Commission Expires: _June 2, 2022_







**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**FELICIA HALL**
**COMMISSIONER**

Ronald King, Superintendent
Central Mississippi Correctional Facility

Post Office Box 88550
Pearl, Mississippi 39208
(601)932-2880

January 30, 2018

**Inmate Jerome Harris #203772**
**Cmcf 720 clinic bed 7**

RE: HOW TO ENTER THE ARP PROCESS
It is suggested that you use the following guidelines as a checklist before resubmitting your "ARP" to ensure your request is accepted and handled by the Administrative Remedy Program.

☐ (1) Send a letter to the Legal Claims Adjudicator, P.O. Box 88550, Pearl, MS, 39288. The letter should be as brief as possible. Present as many facts as possible to answer all questions (who, what, when, where, how). <u>You must send this letter through Inmate Legal Assistance Program. It will not be accepted by our office in the regular mail.</u>

☐ (2) The original letter <u>**must contain**</u> the phrase <u>"This is a Request for Administrative Remedy" must be signed</u> in order to enter the ARP process.

☒ (3) Only one complaint/request will be accepted. If your letter contains more than one complaint/request, it will be rejected and returned to you.

☐ (4) The Administrative Remedy Program does not accept petitions or filing on behalf of another inmate. A single complaint must be filed by each individual inmate.

☐ (5) Make a copy of your letter and retain it for your records. You will not receive your original letter back and the institution is not responsible for furnishing you with a copy of your letter. If your letter concerns an RVR, a <u>completed</u> copy must be sent.

☐ (6) Your letter must be sent within thirty (30) days of an alleged event. (Unless in a case where you were ill and unable to write, etc.)

☐ (7) The Administrative Remedy Program **cannot accept** requests for staff to be disciplined, dictation on how staff may conduct themselves, any type of    compensation, or lawsuit request; & if your letter contains any of these requests, it will therefore be **rejected**.

Sincerely,

Raniece Matthews, Investigator I
Administrative Remedy Program

Copy 1 of 1

Mississippi Department of Corrections
Administrative Remedy Program

**RECEIVED**

JAN 29 2018

CMCF - ARP

To. Legal Adductive Claim
From: Jerome Harris #203772, C.M.C.F/720 Clinic Infirmary Cell 7
Date: 1/27/18

This is an Request to The Administrative Remedy Program ; To whom this Serious matter Concerns...>
On January 10th, 2018, I, Jerome Harris was Aggressive Assaulted And Staved
multiple And numerous of Time's. Due to my serious indury's (losing an eye), I was
Transfered to the UMC Hospital in Jackson, Ms.. I, Jerome Harris had to stay in
the hospital About an week + an half to Recover from the multiple staved Wounds, They
Also told me", I would never to be Able to see again out of my Right eye", But They prescribed
me some pain medicine's (narcotic's + muscle Relaxer's) And some eye drop's for my right eye, So
my left eye want catch An contact or an effection from the right eye And go blind !!!!!
On Martin Luther King day, I was discharge from the hospital, And I been housed
in Pearl, Ms. Institution C.M.C.F 720 Clinic Bed 7, So I can recover from the
muliple Staved Wounds, And Wait to go back to UMC hospital for the eye doctor.
On 1/22/18, I, Jerome harris went to the eye doctor Appointment in Jackson, Ms, They
examine my right eye, And told me", I would never to be Able to see out of it Again", So it
is best to set up An "Surgery Appointment", But before it was time for me to go. The eye-
doctor said," Continue your eye drop's, so your left eye want catch An effection from your
right eye + go blind, Until it's time for you to have Surgery for your right eye". !!!!!
On 1/26/18, Nurse C.O, Dr. Brazier, Nurse Mr. Smith, And Nurse Patricha took it Upon
themselve's And stop giving me my eye drop's, And tring to discharge me from the Infirmary when
Am in bad Critical Condition's due to the fact of my serious indury's !!! And the eye doctor had
gave them An order to Continue my eye drop's till its time for me to go have Surgery on my right
eye, So in other Word's, To whom this serious matter Concern's, They All is Denying me Medical
Treatment !!!! On 1/27/18, I Told the nurse, they forgot to give me my eye drop's this
morning, And she said, Nurse Patricha said "my eye drop's had expired, in other word's, They sto
or they aint gone give me my eye drops.
my eye drop's And she isn't going to got them refill" !!!! I, Jerome Harris is seeking for
Justice, And I want Something to be done about this, ASAP.....

P.S. I Am Requesting for An ILap + An 1983 Form !!!!

Thank's "To whom This serious matter Concern's..>

Jerome K. Harris 203772

State of Mississippi
County of Rankin

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, LETRESIA STEWART, Investigator II, for the Administrative Remedy Program, at the Central Mississippi Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Madison.

2. That I am the custodian of the Administrative Remedy Program records at the Central Mississippi Correctional Facility.

3. That Offender Jerome Harris, #203772, filed a grievance (CMCF-18-2570) with the Administrative Remedy Program concerning his allegations made against the CMCF medical staff. (See attachment)

4. That Offender Jerome Harris, #203772, grievance was accepted and assigned as ARP #CMCF-18-2570.

5. That Offender Jerome Harris, #203772, signed for his First Step Response on January 11, 2019.

6. That ARP #CMCF-18-2570 was closed, because Offender Jerome Harris, #203772, did not submit a Second Step Appeal to the Administrative Remedy Program.

Le Tresia Stewart
Investigator II

**SWORN AND SUBSCRIBED** before me, this the   1   day of  *March*  2019.

NOTARY PUBLIC  *Raniece Matthews*
My Commission Expires:  *June 2, 2021*



EXHIBIT
B-7

CODE:    199                                                                                                ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### CMCF-18-2570

First Step Respondent:    **DR. WILLIAM BRAZIER**
          Location:    **CMCF**

Offenders' Name and No.:  **JEROME HARRIS #203772**
          Unit:    **EMCF**

Date of incident:                                                                                   OT -8

---

☒  **ACCEPTED:** This request comes to you from the Legal Claims Adjudicator.  See the attached
          request from the  offender.  **Please return your response to this office within 30
          days of this date.**


☐ **REJECTED:**  Your request has been rejected for the following reason(s):

☐ Relief is beyond the power of the Administrative Remedy Program to grant

☐ The complaint concerns an action not yet taken or a decision which has not yet been made

☐ There has been a time lapse of more the fifteen (15) days between the **RVR(s)** and the initial
    request:

          Incident happened on & received in this office on.

☐ There has been a time lapse of more the thirty (30) days between the event and the initial
    request:

          Incident happened on (in) & received in this office on.

☐ The Mississippi Department of Corrections does not handle Parole Board/Probation matters

☐ Other:

R.Pennington/RM                                                    11/16/18

Director of Administrative Remedy Program                          Date

Copy 2 of 2

A.R.P Form 199*4

Mississippi Department of Corrections
Administrative Remedy Program

To: Legal @ Claim (Legal Claims AdJudicator)
From: Jerome Harris #203772 , C.M.C.F 720 Clinic Infirmary Cell 7
Date: 2/11/18

Re: This is A Request for Administrative Remedy: On 2/3/18, Dr. Sutton wrote and filled me out An Order to get Ensure Plus drank's (Milk Shake's) for my health, due to the fact of my Critical indury Condition's of me getting Staved up multiple And numerous of Time's, And Also losing Abt of Blood on the Seinaus matter that had happen to me on 1/10/18. !!!!

Well, On 2/8/18, Nurse Christina C. (Nurse C.C.) told nurse Mr. Smith, To Tell night Shipt (Nurse Ms. Brown) to Stop giving me the Ensure Plus Milk Shake's drank's in the morning, And from here on Out that Dr. Sutton had ordered for me for my health !!!! Now, I Am not getting no Ensure Plus drank's Because of Nurse C.C. is taking Away direct order's from the doctor's And the nurse's when it's time for them to put a Order in for me !!!!

Dr. Braziel is my Witness because she (Christina C.) made & stop him for doing me An Order for the Ensure drank's.

I, Jerome Harris Fear For my life Because Nurse Christina C. (Nurse C.C.) has been picking With me every since M.D.o.C And Warden Shiver's housed me in the 720 Clinic Infirmary, And she Also been denying me medical Treatment from all of these Conflict's I been having with her !!!! Now, I need Something to be done before I Take matter's into my Own hand. RECEIVE Thank's, To Whom this MAY Concern's now

FEB 15 2018

CMCF - ARP

Jerome H. Harris 203772



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
PELICIA HALL
COMMISSIONER

Superintendent Ron King
Central Mississippi Correctional Facility

Post Office Box 88550
Pearl, Mississippi 39288
(601) 932-2880

February 27, 2018

**Inmate JEROME HARRIS #203772**
**CMCF 720 CLINIC BED 7**

RE:   Your Request For Administrative Remedy

Your most recent Request for Administrative Remedy which concerns your conflict with medical staff has been received; however, it is noted that you have a previously accepted ARP or ARP's which is /are presently under review.*   Your most recent request for Administrative Remedy is being set aside for handling in due course. *If you wish to have your request handled now through the Administrative Remedy Program, you may withdraw (in writing) all pending ARP's.*

Sincerely,

Raniece Matthews, Investigator I
Administrative Remedy Program
PC:  Inmate file
**OT #8**

633 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER C M C F _1 8_ - 2 5 7 0

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was initiated

To: Jerome Harris # 203772        EMCF
Inmate's Name and DOC#              Housing Unit

From: P.R. William Beazier         CMCF
Person to whom 1st Step is Directed    Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

M. Harris # 203772 subject currently housed at EMCF. No current order for Ensure Med,

Signature                          Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
REASON:

( ) I wish to cancel this complaint. You do not have to return this and time limits will cancel complaint

Inmate's Signature        DOC#                      Date

Administrative Remedy Program Director - ORIGINAL

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # _CMCF_ - _18_ - _2570_

Date: _1/11/19_

Received By: _Irene Harris_ _203772_
MDOC #

Witness: _T Borden ARP Coordinator_
TITLE

_____ Form ARP-1 — Offender's relief form

__/____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

| INMATE'S NAME & NUMBER | ARP # CMCF-18 | DATED REC'D | DATE ACCEPTED OR REJECTED | SUMMARY CMCF | | STEP 2 | | INVESTIGATOR | PROJECTED CLOSING DATE |
|---|---|---|---|---|---|---|---|---|---|
| Jerome #203772 Harris | 2570 | 11/15/18 | 11/16/18 | conflict w/ medical staff MEDICAL | | | | Matthews | 2/14/19 |
| RESPONDENT: William Brazier | SUBJ. CODE | STEP 1 STAFF | STEP 2 INMATE | | | STEP 2 INMATE | | LEVEL/DATE CLOSED | REASON CLOSED |
| | | DEL. 11.26.18 | DEL. 1/11/15 | | | DEL. | | | |
| | | DUE 12.26.18 | DUE 1/16/15 | | | DUE | | | |
| | | REC. 12/21/18 | REC. | | | REC. | | | |
| LOCATION CMCF | 199 | 11.26.18 | 1.2.19 | Closed | | | | | |
| | | | 1.2.19 EMCF | | | | | | |

State of Mississippi
County of Rankin

## A F F I D A V I T

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, LETRESIA STEWART, Investigator II, for the Administrative Remedy Program, at the Central Mississippi Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Madison.

2. That I am the custodian of the Administrative Remedy Program records at the Central Mississippi Correctional Facility.

3. That Offender Jerome Harris, #203772, filed a grievance (O/T #10) with the Administrative Remedy Program concerning his reclassification request. (see attachment)

4. That the grievance filed by Offender Jerome Harris, #203772, was accepted as a backlog (being set aside for handling in due course); because there were previously accepted ARP in process.

5. That during the course of being set aside, backlog (O/T #10) was closed, due to Offender Jerome Harris was reclassified and transferred to the East Mississippi Correctional Facility; and therefore made the above mentioned grievance a moot point.

Le Tresia Stewart
Investigator II

**SWORN AND SUBSCRIBED** before me, this the ___1___ day of _March_ 2019.

NOTARY PUBLIC _Raniece Matthews_
My Commission Expires: ___June 2, 2021___

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 105675
RANIECE MATTHEWS
Commission Expires
June 2, 2021
HINDS COUNTY



EXHIBIT
B-8

ODCCRGRSU0EPI616

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Grievance Detail

**April 11, 2018**

**Facility: CMCF**

**Unit: CMCF R&C**

| | |
|---|---|
| **Inmate:** HARRIS, JEROME | **FBI ID:** |
| **ID:** 203772 | |
| **SID:** | **SSN:** 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 |

| | |
|---|---|
| **Grievance Date:** 03/18/2018 00:00 | **Managing Location:** CMCF |
| **Assigned Date:** 04/11/2018 00:00 | **Assigned To:** JACKSON, MICHELLE |
| **Status Date:** 04/11/2018 10:13 | **Outcome:** |
| **Status:** BACKLOG | **Reason:** |

**Grievance Type(s):**

CLASSIFICATION - 400 GENERAL

| | |
|---|---|
| **Tracking #:** OT #10 | **Step:** BACKL |
| **Date Received:** 04/11/2018 00:00 | **Date Response Required:** 04/21/2018 00:00 |
| **Addressed To:** GRIEVANCE OFFICER | |
| **Received From:** OFFENDER | **Response:** |
| **Persons Named:** | **Person Details:** |

**Details:**

RECLASSIFICATION REQUEST

R/C

Page 1  of  1

A.R.P. Form            Mississippi Department of Corrections
                       Administrative Remedy Program

Copy 3 of 3

400 RECLASS BL#16

To: Legal Claims AdJudicator

From: Jerome Harris #203772, Maximum Security Section 6 L-Zone Lockdown

RECEIVED MAY 21 2018 CMCF-ARP

Date: 3/18/18

This is A request for Administrative Remedy: On 3/8/2017, I, Jerome Harris was placed on long Term lockdown for An C8, Assault on An Officer, And Also refusing to leave the Infirmary in Green County Prison in Area 1 !!!! O.K, Now As I been doing my time, (Punishment) behind these door's (Lockdown), I been having An real hard time tring to get Access to medical for my seirous medical problem's (Diagnosed with Blood Clots) And I Also haven't been Causing nobody no Trouble or no Harm !!!! I been doing what I suppose to be doing like listening to All C.O. Officer's, Following the rule's, And Also respecting All Authority when it's giving to me.

Well On 3/8/18 (2018), It make's 12 month's (A whole year) I been RVR Free And Mrs. Holloway (Case Manager) had suppose to Re-Class my Custody, But Dr. Braziel Discharge me 3/9/18 (Friday), And they had moved or housed me At R&C Maximum Security Section 6, L-Zone (Lockdown) !!!! On 3/14/18, I, Jerome Harris Seen the Case Manager Mrs. Gardner that's over the Section 6 (Maximum Security Lockdown), I Told her I been 12 month's RvR Free, And I Ask her, "Can She Re-Class my Custody And put me back in General Population" ??!!!? She denied me And told me, she gotta observe (Watch) me, First, I Told her, It been An whole year I been RvR Free, that, That should tell her Something, And Also letting her know I been staying out of Trouble" !!!! And I feel my Consortutional Rights had been violated, Because it is my Right to go Back in General Population If Ain't been Causing nobody no Trouble or Harm, Special for An whole year Straight (A whole year) RVR Free !!!! I Am Seeking for Justice, And it is showing in the Computer As Evidence that I haven't been Causing no Trouble in Prison for 12 month's straight (A year) !!!!

Relief Sought: I wish to have my Custody Re-Class And I get put back in General Population !!!!

"To Whom this matter Concern's"
Thank's,

Jerome K. Harris 203772

Relief Sought:

P.S, I wish to get put back in General Population, And get my Custody Re-Class

Thank's,
Jerome K. Harris 203772

(May God Bless you)



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELICIA HALL**
**COMMISSIONER**

Superintendent Ron King
Central Mississippi Correctional Facility

Post Office Box 88550
Pearl, Mississippi 39288
(601) 932-2880

April 11, 2018

**Inmate JEROME HARRIS #203772**
**CMCF R/C, J ZONE, BED 184**

RE:    Your Request For Administrative Remedy

Your most recent Request for Administrative Remedy which concerns your RECLASSIFICATION request has been received; however, it is noted that you have a previously accepted ARP or ARP's which is /are presently under review.* Your most recent request for Administrative Remedy is being set aside for handling in due course. *If you wish to have your request handled now through the Administrative Remedy Program, you may withdraw (in writing) all pending ARP's.*

Sincerely,

Raniece Matthews, Investigator II
Administrative Remedy Program
PC:  Inmate file
**OT #10**

State of Mississippi
County of Rankin

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, JANICE WILLIAMS, ARP Coordinator, for the Administrative Remedy Program, at the Wilkinson County Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Wilkinson.

2. That I am the custodian of the Administrative Remedy Program records at the Wilkinson County Correctional Facility.

3. That Offender Jerome Harris, #203772, filed a grievance (WCCF-18-255) with the Administrative Remedy Program concerning his allegations of being assault on January 10, 2018. (See attachment)

4. That ARP #WCCF-18-255 was rejected on April 17, 2018, because there was a lapse of more than thirty (30) days between the event and the initial request.

5. That Offender Jerome Harris, #203772, signed for the notification of the rejection on April 26, 2018.

6. That if Offender Jerome Harris, #203772, had submitted his initial filing for administrative remedy within thirty (30) days of the "alleged" incident, the request would have been in compliance with the policies and procedures of the ARP Program and processed accordingly.

Janice Williams
ARP Coordinator

SWORN AND SUBSCRIBED before me, this the __5__ day of __march__ 2019.

NOTARY PUBLIC _Rosemary Gatlin_
My Commission Expires: _Jan 26, 2023_
ID # 83744

ROSEMARY GATLIN
Commission Expires
Jan. 26, 2023
WILKINSON COUNTY

EXHIBIT
B.9

CODE: 0799

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### WCCF-18- 255

First Step Respondent:    **Rejected**
          Location:    **WCCF**

Offenders' Name and No:    Jerome Harris #203772
          Unit:    **WCCF**

**REJECTED**

Date of incident:                                    OT-9

---

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director.  See the attached request from the offender.  **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:** Your request has been rejected for the following reason(s):

  ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

  ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

  ☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request:        Incident happened on _; received in this office on _.

  ☒ There has been a time lapse of more the thirty (30) days between the event and the initial request:        Incident happened on 01/10/2018; received in this office on 04/10/2018.

  ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

  ☐ Other:

_____
Director of Administrative Remedy Program

_5/17/18_
/Date

A.R.P Form                Mississippi Department of Corrections          Copy 5 of 5
                          Administrative Remedy Program

To: Legal Claims Addudicator
From: Jerome Harris # 203772 / Section 5 - J-zone - cell 58
Date: 4/2/18

This is a request for Administrative Remedy: On January 10th, 2018 - I,
Jerome Harris believed cw. officer Mrs. Woods participated in an Act with an
Inmate, Marcus Brafield, during shower call, Because he wasn't in full proper
Restraints, And letting him getting the key's from her when she open his shower-
door, As he made the Three (3) officer's (Mrs. Woods, T. Williams, unknown) get off
of the zone, He (M. Brafield) took it upon his-self & open up Three certain cell
door's letting Three (3) Inmate's (E. Hogan, M. smith, & Norman) out, That's when
they came to my cell door & open it up, They had Assaulted me & staved me
multiple of Time's, Causing me to lose my right eye (eyesight), & An tooth
out of my mouth. As I ran from out of my cell & tried to break for the front
door, Because I was losing so much Blood, They push me down & staved
me a couple more time's, Again!!!! As, I look up, I can see Captain-
Green, Mrs. Woods, Mr. T. Williams, Mr. Dorcey, & Walker just standing in the door
just looking at me while am being Assaulted & staved down multiple of time's.
They didn't even try to make there way on the zone & help me or stop
them from Assaulting me with weapon's until, they were finish with me.
I, believe truely, It was all an set up !!!!

Relief Source: An Full Investigation and Justice !!!!

Thanks,

Jerome K. Harris  203772

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP # WCCF - 18 - 255

Date: 5/21/1

Received By: _____ 203772
                                        MDOC #

Witness: _____ ARP Coordinator
                                        TITLE

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

___✓___ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy
Program Director to become part of inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

State of Mississippi
County of Rankin

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, LETRESIA STEWART, Investigator II, for the Administrative Remedy Program, at the Central Mississippi Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Madison.

2. That I am the custodian of the Administrative Remedy Program records at the Central Mississippi Correctional Facility.

3. That Offender Jerome Harris, #203772, filed a grievance (CMCF-18-790) with the Administrative Remedy Program concerning his request to get all of his medical records from the University of Mississippi Medical Center. (See attachment)

4. That ARP #CMCF-18-790 was rejected on April 19, 2018, due to the relief is beyond the power of the Mississippi Department of Corrections to grant.

5. That Offender Jerome Harris, #203772, signed for the notification of the rejection on April 26, 2018.

Le Tresia Stewart
Investigator II

**SWORN AND SUBSCRIBED** before me, this the ___1___ day of _March_ 2019.

NOTARY PUBLIC _Raniece Matthews_
My Commission Expires: _June 2, 2021_



EXHIBIT
B-10

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 105675
RANIECE MATTHEWS
Commission Expires
June 2, 2021
HINDS COUNTY

CODE:    199

ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## CMCF-18-790

First Step Respondent:    **N/A**
Location:    **N/A**

Offenders' Name and No.:    **JEROME HARRIS #203772**
Unit:    **CMCF R/C**

Date of incident:

OT – 11

☐ **ACCEPTED:** This request comes to you from the Legal Claims Adjudicator.  See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:**  Your request has been rejected for the following reason(s):

☒ Relief is beyond the power of the Mississippi Department of Corrections to grant

☐ The complaint concerns an action not yet taken or a decision which has not yet been made

☐ There has been a time lapse of more the fifteen (15) days between the **RVR(s)** and the initial request:

Incident happened on & received in this office on .

☐ There has been a time lapse of more the thirty (30) days between the event and the initial request:

Incident happened on (in) & received in this office on .

☐ The Mississippi Department of Corrections does not handle Parole Board/Probation matters

☐ Other:

R. Pennington/rm
Director of Administrative Remedy Program

4/19/18
Date

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

0DCCRGRSU0EPI616

## Grievance Detail

### April 19, 2018

**Facility:** CMCF

**Unit:** CMCF R&C

| | | | |
|---|---|---|---|
| **Inmate:** | HARRIS, JEROME | | |
| **ID:** | 203772 | **FBI ID:** | |
| **SID:** | | **SSN:** | 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 |

| | | | |
|---|---|---|---|
| **Grievance Date:** | 04/09/2018 00:00 | **Managing Location:** | CMCF |
| **Assigned Date:** | 04/19/2018 00:00 | **Assigned To:** | MATTHEWS, RANIECE O |
| **Status Date:** | 04/19/2018 08:49 | **Outcome:** | REJECTED |
| **Status:** | 1ST STEP RESPONSE | **Reason:** | CLOSED |

**Grievance Type(s):**

HEALTH CARE - 199 OTHER HEALTH CARE PROBLEMS

| | | | |
|---|---|---|---|
| **Tracking #:** | CMCF-18-790 | **Step:** | REJEC |
| **Date Received:** | 04/19/2018 00:00 | **Date Response Required:** 04/29/2018 00:00 | |
| **Addressed To:** | GRIEVANCE OFFICER | | |
| **Received From:** | OFFENDER | **Response:** | |

**Persons Named:**          **Person Details:**

**Details:**

REQUESTING ALL OF HIS MEDICAL RECORDS FROM UMC

REJECTED: BEYOND THE POWER OF MDOC TO GRANT
R/C-11

Page 1  of  1

0DCCRGRSU0EPI616

A.R.P Form    Mississippi Department of Corrections    Copy 3 of 3
                Administrative Remedy Program              490

To: Legal Claims Adjudicator
From: Jerome Harris #203772 / Section 5 - J-zone - Cell 58
Date: 4/9/18
        190 ▒(2)

This is A request for Administrative Remedy : On January 10th, 2018, I
was Assaulted And Staved multiple of Time's at Wilkinson County -
Correctional Facility, And I was rushed to U.M.C Jackson
Hospital. I, Jerome Harris wants to Request for all of my
  medical Record's And Body sheet starting from January 10th, 2018 -
All the way to Martin Luther King Jr. Day, That's the Last day I
was ▒▒. Discharge, Please !!!!

And, I Also wants to request for An Transfer Housing sheet for
when W.C.C.F change my housing to C.M.C.F, Please, And ASAP,
from dealing with my Assaultion + me getting staved multiple
and numerous of Time's At W.C.C.F !!!

                                    ( To Whom This Concern's )

                                        Thank's ,

Relief: Get All of my medical -
        Records from U.M.C Jackson -              Jerome K. Harris
        Hospital !!!                              M.D.O.C # 203772

                        **RECEIVED**                    **RECEIVED**

                        APR 1 1 2018                    APR 0 9 2018

                        CMCF - ARP                      INMATE LEGAL
                                                        ASSISTANCE PROGRAM

**INMATE RECEIPT**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # CMCF - 18 - 790

Date: 4/26/18, 24/26/18

Received By: Jerome H. Harris 2034792

MDOC #

Witness: Chall    Aep Clerk

TITLE

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

\_\_\_/\_\_\_ Rejected

_____ Letter #

_____ Other

**1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of inmate's ARP file**

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR

CERTIFIED MAIL

7016 2710 0000 3451 8926

CENTRAL MISSISSIPPI CORRECTIONAL FACILITY
ADMINISTRATIVE REMEDY PROGRAM
POST OFFICE BOX 88550, 3794 HIGHWAY 468
PEARL, MS 39208

Administrative Remedy Prog

East Mississippi
Correctional Facility
10641 HWY 80 W
Meridian, Mississippi 39307

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

East Mississippi
Correctional Facility
10641 HWY 80 W
Meridian, Mississippi 39307

9590 9402 1809 6074 1247 87

2. Article Number (Transfer from service label)

7016 2710 0000 3451 8926

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt