IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEROME KENDRELL HARRIS, #203772                              PLAINTIFF

vs.                                               CIVIL ACTION NO. 5:18-cv-70-MTP

MAJOR TERRY DANIEL, ET AL.                                    DEFENDANTS

## AFFIDAVIT OF JANICE WILLIAMS

STATE OF MISSISSIPPI
COUNTY OF WILKINSON

1. I am over the age of eighteen, have personal knowledge of the facts set forth below, and am competent to attest to the matters stated herein.

2. I am the Administrative Remedy Program ("ARP") Coordinator at Wilkinson County Correctional Facility ("WCCF").

3. Inmates confined at WCCF may utilize MDOC's two-step ARP process to seek redress of issues relating to any aspect of their confinement. Details about the ARP process and instructions on how to utilize it are provided to inmates confined at WCCF through both the MDOC Inmate Handbook, which inmates receive during their confinement in MDOC custody, and the WCCF Inmate Handbook, which is provided to inmates upon arrival at WCCF.

4. On or about April 2, 2018, offender Jerome Harris (MDOC #203772) filed a grievance through the MDOC ARP process claiming Officer Woods participated in an assault by other offenders against him in an incident occurring at WCCF on January 10, 2018. Harris further alleged that while he was being assaulted, he saw multiple staff members standing outside the zone door, failing to intervene. Harris alleged he sustained personal injuries as a result of this incident. For relief, Harris' grievance requested a "full investigation and justice." The complete file for this grievance, labeled WCCF-18-255, is attached hereto as Exhibit "1." Because there was a time lapse of more than 30 days between the date of the complained-of incident and the date of Harris' grievance, his grievance was untimely under MDOC policy and could not be accepted into the ARP process.

EXHIBIT "A"

5. If Harris had submitted grievance WCCF-18-255 within 30 days of the alleged incident, the request would have been in compliance with the policies and procedures of the ARP program and would have been processed accordingly. Specifically, Harris' grievance would have been forwarded to the deputy warden or major at WCCF for an investigation of Harris' allegations against staff and the preparation of a written response to the same. This response would have informed Harris of the results of the investigation and whether his claims against staff were unfounded, that more evidence was needed, or that appropriate disciplinary action was being taken. If Harris was dissatisfied with the first step response, he could have then appealed to the second step of the ARP process. At that point, Harris' grievance would have been forwarded to the warden for further investigation of the claims asserted and the preparation of a final response to the same.

Further Affiant saith not.

_____
JANICE WILLIAMS, ARP COORDINATOR

SWORN TO AND SUBSCRIBED BEFORE ME, this 6th day of May, 2019.

_____
NOTARY PUBLIC

My commission expires:

June 20, 2022

State of Mississippi
County of Rankin

### AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, JANICE WILLIAMS, ARP Coordinator, for the Administrative Remedy Program, at the Wilkinson County Correctional Facility, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Wilkinson.

2. That I am the custodian of the Administrative Remedy Program records at the Wilkinson County Correctional Facility.

3. That Offender Jerome Harris, #203772, filed a grievance (WCCF-18-255) with the Administrative Remedy Program concerning his allegations of being assault on January 10, 2018. (See attachment)

4. That ARP #WCCF-18-255 was rejected on April 17, 2018, because there was a lapse of more than thirty (30) days between the event and the initial request.

5. That Offender Jerome Harris, #203772, signed for the notification of the rejection on April 26, 2018.

6. That if Offender Jerome Harris, #203772, had submitted his initial filing for administrative remedy within thirty (30) days of the "alleged" incident, the request would have been in compliance with the policies and procedures of the ARP Program and processed accordingly.

Janice Williams
ARP Coordinator

SWORN AND SUBSCRIBED before me, this the 5 day of march 2019.

Rosemary Gatlin
My Commission Expires: Jan 26, 2023
ID # 83744

**EXHIBIT "1"**

CODE: 0799                                                                                          ARP-1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### WCCF-18-255

First Step Respondent: **Rejected**
Location: **WCCF**

**REJECTED**

Offenders' Name and No: Jerome Harris #203772
Unit: **WCCF**

Date of incident:                                                                              OT-9

---

☐ **ACCEPTED:** This request comes to you from the Administrative Remedy Program Director. See the attached request from the offender. **Please return your response to this office within 30 days of this date.**

☒ **REJECTED:** Your request has been rejected for the following reason(s):

   ☐ Relief is beyond the power of the Mississippi Department of Corrections to grant.

   ☐ The complaint concerns an action not yet taken or a decision which has not yet been made.

   ☐ There has been a time lapse of more the fifteen (15) days between the **RVR** and the initial request:   Incident happened on __; received in this office on __.

   ☒ There has been a time lapse of more the thirty (30) days between the event and the initial request:   Incident happened on 01/10/2018; received in this office on 04/10/2018.

   ☐ The Mississippi Department of Corrections does not handle Parole Board matters.

   ☐ Other:

_____R. Pennington / DM_____                                               _5/17/18_
Director of Administrative Remedy Program                                      /Date/

A.R.P Form         Mississippi Department of Corrections
                   Administrative Remedy Program                    Copy 5 of 5

To: Legal Claims Adjudicator
From: Jerome Harris #203772 / Section 5 · J-zone · Cell 58
Date: 4/2/18

This is a request for Administrative Remedy. On January 10th, 2018 - I, Jerome Harris believed C/O. officer Mrs. Woods participated in an Act with an Inmate of Marus Benfield, during shower call, Because he wasn't in full proper Restraints, And letting him getting the Key's from her when she open his shower door, As he made the Three (3) officer's (Mrs. Woods, T. Williams, Unknown) get off of the zone, He (M. Benfield) took it upon his-self to open up Three certain cell door's letting Three (3) Inmates's (E. Hogan, M. Smith, & Norman) out. That's when they came to my cell door & open it up, They had Assaulted me & staved me multiple of Time's, Causing me to lose my right eye eyesight, & An tooth out of my mouth. As I ran from out of my Cell I tried to break for the front door, Because I was losing so much Blood. They push me down & staved me a Couple more time's, Again!!!! As, I look up, I can see Captain-Green, Mrs. Woods, Mr. T. Williams, Mr. Dorcey, & Walker just standing in the door just looking at me while am being Assaulted & staved down multiple of time's. They didn't even try to make there way on the zone & help me or stop them from Assaulting me with weapon's until, they were finish with me. I believe truely, It was all an set up !!!!

Relief Source: An Full Investigation and Justice !!!!

                                                Thank's,
                                                Jerome K. Harris 203772

**INMATE RECEIPT**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**Administrative Remedy Program**

ARP # WCCF - 18 - 255

Date: 5/21/18

Received By: _Jerome L. Ham 203172_
                                          MDOC #

Witness: _B_____ ARP Coordinator_
                                          TITLE

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

✓ Rejected

_____ Letter #

_____ Other

1st page of this receipt is to be returned to the Administrative Remedy Program Director to become part of Inmate's ARP file

WHITE ORIGINAL - ADMINISTRATIVE REMEDY PROGRAM DIRECTOR