

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEROME KENDRELL HARRIS, #203772             PLAINTIFF

vs.             CIVIL ACTION NO. 5:18-cv-70-MTP

MANAGEMENT & TRAINING CORPORATION,
and JOHN AND JANE DOES 1-100             DEFENDANTS

### ORDER OF DISMISSAL

The parties have announced to the Court a confidential settlement of this case, and the Court desires that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties and claims, with the parties to bear their own costs and attorney's fees. Pursuant to the agreement of the parties, the Court will retain jurisdiction for the purpose of enforcing the confidential settlement agreement.

SO ORDERED, this the 13th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

{D1301635.1}